IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ELLEN JACKSON,**<br><br>　　　　　**Plaintiff,**<br><br>v.<br><br>**HEARTLAND HUMAN SERVICES,**<br><br>　　　　　**Defendant.** | Case No. 24-cv-02574-SPM |

# JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

　　**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's Order of August 27, 2025 (Doc. 17), this matter is **DISMISSED with prejudice**.

**DATED: August 27, 2025**

　　　　　　　　　　　　　　　　　　　MONICA A. STUMP,
　　　　　　　　　　　　　　　　　　　Clerk of Court


　　　　　　　　　　　　　　　　　　By: *s/ Jackie Muckensturm*　
　　　　　　　　　　　　　　　　　　　　Deputy Clerk


APPROVED: *s/ Stephen P. Mc*Glynn
　　　　　　STEPHEN P. MCGLYNN
　　　　　　U.S. District Judge